**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JANE DOE, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>POST ACUTE MEDICAL, LLC D/B/A PAM HEALTH, and PAM HEALTH, LLC,<br><br>Defendants. | Case No. 1:24-CV-00547-CCC<br><br>Judge Christopher C. Conner |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Post Acute Medical, LLC D/B/A/ PAM Health and PAM Health, LLC ("PAM Health" or "Defendants") respectfully move this Court to dismiss Plaintiff's Class Action Complaint, because Plaintiff fails to state a claim upon which relief can be granted. The facts and arguments supporting this Motion are set forth in the accompanying brief filed contemporaneously herewith.

Pursuant to Local Rule 7.1, undersigned counsel met and conferred with Plaintiff's counsel to discuss the issues raised in this motion and to inquire as to Plaintiff's position on dismissal of his Class Action Complaint. Plaintiff's counsel indicated that Plaintiff would not concur in dismissal.

Respectfully submitted,

Dated: May 7, 2024

**BAKER & HOSTETLER LLP**

*/s/ Edward J. McAndrew*
Edward J. McAndrew
(PA Bar No. 77103)
Nathalie A. Freeman
(PA Bar No. 333177)
1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501
Telephone: 215.568.3100
Facsimile: 215.568.3439
Email: emcandrew@bakerlaw.com
Email: nfreeman@bakerlaw.com

*Attorneys for Defendants Post Acute Medical, LLC and PAM Health, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2024, I served a copy of the foregoing Motion to Dismiss Plaintiff's Class Action Complaint on counsel for all Parties by filing it on the Court's CM/EFC system.

*/s/ Edward J. McAndrew*
Edward J. McAndrew